AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
DEC 1 2 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ovidio ORDONEZ-Maldonado | ) | Case No. M-19-3059-M |
| YOB: 1987  Citizenship: Guatemala | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 9, 2019  in the county of  Hidalgo  in the Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or in reckless disregard of the fact that A.G.F.G, a citizen of Guatemala, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location in Roma Texas to the point of arrest in Roma, Texas. |

This criminal complaint is based on these facts:
On December 9, 2019, Border Patrol Agents encountered a male subject, later identified as Ovidio ORDONEZ-Maldonado, and a juvenile, later identified as A.G.F.G., after both illegally crossed the Rio Grande River near Roma, Texas. ORDONEZ-Maldonado claimed to be traveling along with his juvenile daughter. An immigration inspection was conducted and both subjects were determined to be illegally present in the United States.

✓ Continued on the attached sheet.

Approved by

Sworn to before me and signed in my presence.

Date: 12/12/2019 - 12:04 p.m.

City and state:  McAllen, Texas

_____
Complainant's signature
Scott Przekop, HSI Special Agent
*Printed name and title*

_____
Judge's signature
U.S. Magistrate Judge Alanis
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

RE: Ovidio ORDONEZ-Maldonado

CONTINUATION:

The subjects were subsequently transported to the Rio Grande Valley/Central Processing Center to be processed accordingly.

On December 11, 2019, Homeland Security Investigations Special Agents (HSI) interviewed ORDONEZ-Maldonado upon suspicion that his claim to be the child's father was false. At that time, ORDONEZ-Maldonado admitted that he was not the real father of the child and had produced a fraudulent document to claim relation to the child. Prior to being interviewed, ORDONEZ-Maldonado was read his Miranda Rights and chose to waive them.

ORDONEZ-Maldonado stated that, in fact, he is not the father of the child and was transporting the child in order to be allowed to remain the United States. ORDONEZ-Maldonado stated he left Guatemala and came to the United States for a better life and planned to stay with a friend in Florida. ORDONEZ-Maldonado implied he knew the child was illegally in the United States and intended to further the juvenile's illegal entry and presence in the United States.

The female juvenile was identified as A.G.F.G.